ACCEPTED
12-14-00355-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
8/12/2015 11:09:09 AM
CATHY LUSK
CLERK

CAUSE NO. 12-14-00355-CR

| DONALD POWELL | § | IN THE COURT OF APPEALS |
| | § | |
| V. | § | 12th JUDICIAL DISTRICT |
| | § | |
| THE STATE OF TEXAS | § | TYLER, TEXAS |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
8/12/2015 11:09:09 AM
CATHY S. LUSK
Clerk

## STATE'S MOTION FOR EXTENSION OF TIME
## FOR FILING OF THE STATE'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Comes now the State of Texas, and presents its Motion for Extension of Time and for Late Filing of the State's Brief in the above cause, and in support of this motion, would show the Honorable Court the following:

A. The case was originally disposed of by a jury trial in the County Court at Law #2 of Smith County, Texas, the Honorable Randall Rogers, judge presiding.

B. The trial court cause number was 002-81591-14, and the case was styled *The State of Texas v. Donald Powell*.

C. Appellant was convicted of the offense of Assault and the trial court assessed a sentence of sixty days in confinement and a $1000.00 fine.

D. On July 6, 2015, Appellant filed a brief. The State's brief was due to be filed in the Court on or before August 5, 2015.

E. There have been four extensions of time granted, one for the filing of the appellate record and three for the filing of Appellant's brief. There have been no extensions requested or granted to the State.

F. Pursuant to T.R.A.P. 10.5 (b), the State is seeking the Court's indulgence to order an extension of thirty (30) days to allow the State an opportunity for timely filing its reply brief on or before September 5, 2015.

G.	The facts relied upon to support this request are as follows:

I, Michael West, the undersigned Assistant Criminal District Attorney, am responsible for the Appellate Division in the office. I, Michael West, the undersigned Assistant Criminal District Attorney, am responsible for the Appellate Division in the office. We have been short by one attorney in my division for over a year now. Since the filing of Appellant's brief, I have had re-direct my attention to completing the following State's responses and have been personally involved in the following trial or appellate division matters:

1.	114-1505-06-B, *Ex parte Clifton Williams*, State's response to Art. 11.071 writ application completed on 07/15/15.

2.	241-1510-10-A, *Ex parte Cargill*, State's answer to Art. 11.071 capital writ completed on 07/30/15

3.	114-0163-13-B, *Ex parte Williams*, State's answer to Art. 11.071 capital writ completed on 07/30/15.

4.	114-0863-06-B, *Ex parte Wheeler*, State's answer completed on 07/31/15.

5.	241-1468-12-A, *Ex parte Lewis*, State's answer completed on 07/31/15.

6.	241-1469-12-A, *Ex parte Lewis*, State's answer completed on 07/31/15.

7.	114-1697-13-A, *Ex parte Popek*, State's answer completed on 07/31/15

8.	241-1510-10-A, *Ex parte Cargill*, State's proposed findings of fact completed on 08/03/15.

9.	114-0669-12-A, *Ex parte Pullum*, State's answer completed on 08/04/15.

10.	241-0978-04-C, *Ex parte Beatty*, State's answer to Art. 11.071 capital writ completed on 08/05/15.

11.	007-1393-14-A, *Ex parte Bowers*, State's answer completed on 08/06/15.

12. 241-0978-04-C, *Ex parte Beatty*, State's response to Applicant's reply completed on 08/06/15.

H. These last two months I have had three capital murder cases to work on. Two cases were set for execution but filed subsequent Art. 11.071 writ applications seeking stays. The pending execution settings required that I take time away from my regular duties to respond to the writ allegations. Additionally it took me six weeks to finish the State's response in *Ex parte Cargill*. I am currently in "catch-up" mode and I certainly appreciate the Court's willingness to allow me additional time to get back on schedule. I apologize for any inconvenience this may have caused the Court.

I. This motion is not being filed purely for purposes of delay, but rather to allow the State to timely respond to the argument in Appellant's brief.

J. The State has a great interest in affirming the judgement of the County Court at Law #2 in this case.

**WHEREFORE**, this request is respectfully made that the Court grant the State

the opportunity of filing its brief on or before September 5, 2015.

Respectfully submitted

Michael J. West, SBN: 21203300
Assistant Criminal District Attorney
Smith County, Texas
100 N. Broadway, 4th Fl.
Tyler, Texas 75702
(903) 590-1720
(903) 590-1719 (fax)

# VERIFICATION

STATE OF TEXAS

SMITH COUNTY, TEXAS

BEFORE ME, the undersigned authority, a notary public in and for the State of Texas, on _August 12, 2015_, personally appeared _Michael West_, representing the State of Texas as Assistant Criminal District Attorney in the above captioned cause, and having been by me first duly sworn, stated that the facts set out in this motion are within his personal knowledge and are true and correct.

ARIN OBAR VILO
Notary Public
State of Texas
My Comm. Expires 08-22-2015

NOTARY PUBLIC - State of Texas

# CERTIFICATE OF SERVICE

On _August 12, 2015_, at true and complete copy of this instrument has been electronically served to:

Mr. James Huggler
Attorney at Law
100 East Ferguson, Ste. 805
Tyler, Texas 75702



Michael J. West, SBN: 21203300
Assistant Criminal District Attorney
Smith County, Texas
100 N. Broadway, 4th Fl.
Tyler, Texas 75702
(903) 590-1720
(903) 590-1719 (fax)